| | AUSA: | Susan Fairchild | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Joshua Maxwell | Telephone: | (313) 204-5065 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Bharpur Singh BRAR

Case No.

Case: 2:24-mj-30468
Assigned To : Unassigned
Assign. Date : 10/31/2024
Description: COMP USA V. BRAR (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 26, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. Sec. 1324(a)(2)(B)(ii), (iii). | Alien Smuggling for Commercial Advantage and Private Financial Gain. |

This criminal complaint is based on these facts:

On or about October 26, 2024, at or near Detroit, Michigan in the Eastern District of Michigan, Southern Division, Bharpur Singh BRAR, a citizen of Canada and national of India, knowing and in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring into the United States, such alien, for the purpose of commercial advantage and private financial gain, and did not upon arrival immediately bring and present said alien to an appropriate immigration officer at a designated port of entry, in violation of in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), (iii).

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua Maxwell, CBP Enforcement Officer
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __October 31, 2024__

City and state: __Detroit, Michigan__

_____
Judge's signature

Anthony P. Patti, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

The affiant being duly deposed and sworn states:

1. I, Joshua R. Maxwell, am an Enforcement Officer with the Department of Homeland Security, Customs and Border Protection, and have been employed with the same for over twenty-four years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the smuggling of illegal aliens and I have received training in this area. This affidavit is submitted in support of a finding of probable cause and is a summary of information known to law enforcement personnel, other civilian witnesses, and my personal knowledge.

2. On October 26, 2024, at approximately 6:41 pm, at the Detroit Canada Tunnel, Detroit, Michigan, Bharpur Singh BRAR, a 64-year-old male native of India and citizen of Canada, applied for admission into the United States. BRAR presented himself for inspection to Customs and Border Protection Officer (CBPO) Centeno at a primary inspection booth as the driver of an Ontario plated Jeep Gladiator. BRAR appeared to be the sole occupant of the vehicle.

3. BRAR told CBPO Centeno that he was going to pick his son up from Michigan State University. As he was speaking, he was acting flustered by waving his hands around and reaching throughout the vehicle. Due to this erratic behavior and her training, CBPO Centeno checked the vehicle's interior and the bed of the truck, which was covered by a tonneau cover.

1

When CBPO Centeno told BRAR to unlock the tailgate of his truck for inspection, he attempted to exit his vehicle. CBPO Centeno told BRAR to stay in the vehicle and to use the tailgate unlock button on the door. CBPO Centeno could hear the unlock function perform, but the tailgate would still not open. When CBPO Centeno asked BRAR for the keys to the vehicle, he began looking around for the keys, which were in plain sight on the passenger seat. When CBPO Centeno told BRAR to hand over the keys, he again attempted to exit the vehicle. After CBPO Centeno got the keys and opened the tailgate of BRAR's vehicle, she found a male subject hiding inside the tailgate area of the vehicle. Both BRAR and the unknown subject were secured and brought into the CBP secondary area.

4. The unknown subject's fingerprints and photograph were captured and entered into the IDENT and IAFIS systems. The subject was identified as Manvinder Jit Singh, a citizen and national of India. Singh was previously denied two United States visas and has no legal status in the United States.

5. BRAR was advised of his Miranda rights verbally and in writing. BRAR invoked his right to remain silent - but then made a spontaneous utterance that sometimes people in his community pay him to do things so he can pay off his truck debt.

6. Singh was advised of his Miranda rights verbally and in writing. Singh waived his rights and agreed to answer questions without an attorney present.

7. Singh acknowledged he is a citizen and national of India, and that his two previous visa applications to enter the United States were denied. Singh

2

also said that his refugee claim in Canada was recently denied and he cannot return to India, because his girlfriend's parents have threatened to harm him. Singh claimed that he contacted BRAR approximately two days ago, October 24, 2024, after watching a video on YouTube about how to enter the United States. BRAR agreed to smuggle Singh into the United States for $7000. Singh said that his "brother"/cousin in Lansing, Michigan would pay BRAR the money once he arrived in the United States. Singh stated that he travelled from Brampton, Ontario to Windsor via a rideshare and was dropped off at a parking lot in Windsor, Ontario. Singh stated that BRAR told him to get into the tailgate area of the Jeep Gladiator and to remain silent. BRAR was aware that Singh did not have any documents to lawfully enter or reside in the United States. Singh stated that he was in the tailgate area of the truck for approximately 15 minutes before being found by CBP. Singh further stated that BRAR agreed to drive him four to five miles past the Detroit Canada Tunnel into the Detroit area to meet his brother/cousin, where payment would then be made to BRAR.

8. BRAR was detained on Sunday, October 27, 2024, at Detroit, Michigan and placed into immigration removal proceedings.

9. The aforementioned apprehension and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of noncitizens.

10. Based upon the aforementioned facts and investigation, I have probable cause to believe that on or about October 26, 2024, in the Eastern District of Michigan, Bharpur Singh BRAR, knowing and in reckless disregard of the fact that an alien had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring into the United States, such alien, for the purpose of commercial advantage and private financial gain, and did not upon arrival immediately bring and present said alien to an appropriate immigration officer at a designated port of entry, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), (iii).

_____
Joshua R. Maxwell, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Anthony P. Patti
United States Magistrate Judge

Date:  October 31, 2024

4